Case Nos. 20-70787, 20-70801

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RURAL COALITION, ORGANIZACIÓN EN CALIFORNIA DE LÍDERES CAMPESINAS, FARMWORKER ASSOCIATION OF FLORIDA, BEYOND PESTICIDES, AND CENTER FOR FOOD SAFETY,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents*,

and

NATIONAL ASSOCIATION OF WHEAT GROWERS, *et al.*,

*Respondent-Intervenors.*

On Petition for Review of an Order of the United States Environmental Protection Agency

## STATUS REPORT AND SECOND JOINT STIPULATION TO STAY PETITIONERS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

1. On December 2, 2022, Petitioners Rural Coalition, Organización en California de Líderes Campesinas, Farmworker Association of Florida, Beyond Pesticides, and Center For Food Safety filed an abbreviated application for an award of attorneys' fees and expenses for its work in this case under the Equal Access to Justice Act and the Endangered Species Act. Concurrent with its application, Petitioners jointly filed with Federal Respondent Environmental Protection Agency

1

a stipulation to extend any briefing on the attorney's fee application until March 13, 2023.

2. On December 9, 2022, this Court granted the joint request to extend any briefing for an award of attorney's fees and expenses and deferred Federal Respondents' response until March 13, 2023. This Court also ordered a joint status report to be filed no later than March 13, 2023.

3. Since then, Petitioners and Federal Respondents have negotiated and executed a settlement agreement of Petitioners' claim for attorney's fees and costs. The parties now jointly request that any further proceedings on Petitioners' filed application for attorneys' fees should be deferred until May 13, 2023, to allow the Parties to effectuate the terms of their settlement agreement. Once the terms of the settlement agreement have been effectuated, Petitioners will notify this Court that its Application for Attorneys' Fees and Expenses (Doc. No. 133-1) can be dismissed.

Respectfully submitted this 10th day of March, 2023.

*/s/ Amy van Saun (with permission)*
Amy van Saun
George A. Kimbrell
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, Or 97211
T: (971) 271-7372
avansaun@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org

*Counsel for Petitioners*

*/s/ Phillip R. Dupre*
Philip R. Dupre
Robert Williams
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7411
Washington, D.C. 20044
Tele:
Tele:
Phillip.R.Dupre@usdoj.gov
Robert.P.Williams@usdoj.gov

*Counsel for Respondents*
